CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiff

JEFFER MANGELS BUTLER & MITCHELL LLP
Martin H. Orlick, SBN 83908
Eudeen Chang, SBN 211721
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Villegas,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Wells Fargo Bank, N.A.; and Does 1-10,<br><br>　　　　　Defendants. | Case: CV11-05294 JFW (RZx)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **STIPULATION**

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs. This stipulation is made as to the result of the settlement of the action.

1

**ORDER**

    Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.


Dated:  2/10/12            /S/
                            HONORABLE JOHN F. WALTER
                            UNITED STATES DISTRICT COURT JUDGE